UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JUDEAN NIELSEN

v                                                                 3:06cv940JCH

A&S COLLECTION ASSOCIATION, INC.,
CARLA BELLAVANCE

## J U D G M E N T

Notice having been sent to counsel of record on November 7, 2006, pursuant to L.R. 41(b) indicating that the above-entitled case would be dismissed if closing papers were not filed on or before December 7, 2006. No closing papers having been filed,

It is hereby ORDERED that this action is dismissed, pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 18th day of December, 2006.

                                                                                     KEVIN F. ROWE, Clerk

                                                                                      By:   /s/Catherine Boroskey
                                                                                             Deputy Clerk

ENTERED ON DOCKET_____